IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIM GALLI,

    Plaintiff,

    v.

PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON and PERCY MCGEE,

    Defendants.
_____/

No. C 09-03775 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on December 11, 2009 on Defendants' motion to dismiss and motion to strike. The Court HEREBY ORDERS that oppositions to the motions shall be filed by no later than October 20, 2009 and reply briefs shall be filed by no later than October 27, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested

**IT IS SO ORDERED.**

Dated: October 6, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE