DAVID SCHER, California Bar No. 184562
THE EMPLOYMENT LAW GROUP, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
dscher@employmentlawgroup.net
(202) 261-2802
(202) 261-2835 (facsimile)
*Counsel for Plaintiff Tim Galli*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TIM GALLI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON and PERCY MCGEE,<br><br>　　　　Defendants. | CASE NO. 3:09-cv-03775-JSW<br><br>**JOINT STIPULATION ON CASE SCHEDULING AND THE SERVICE OF PLEADINGS**<br>**AND ORDER THEREON** |

**SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:**

1.　On October 9, 2009, the parties agreed to stipulate to various matters, including a Case Management Conference on January 8, 2009, telephonically, subject to the Court's approval.

2.　On October 10, 2009, the Court Ordered that a Case Management Conference will be held, in person, on January 8, 2009.

2.　Plaintiff is unavailable in person on January 8, 2009, the prior date set for the Case Management Conference. The parties have, however, agreed to hold the Initial Case Management Conference on January 29, 2010, in person, subject to the Court's approval.

3.　The parties additionally agree to serve discovery in this matter via electronic mail

with a copy sent to the following recipients on behalf of Plaintiff and Defendants:

**On behalf of Plaintiff**
David Scher (dscher@employmentlawgroup.net)
R. Scott Oswald (SOswald@employmentlawgroup.com)
Janice Pardue (jpardue@emplymentlawgroup.com)

**On behalf of Defendants**
Roy A. Combs (rcombs@fagenfriedman.com)
Joshua A. Stevens (jstevens@fagenfriedman.com)
Lisa Howell (lhowel@fagenfriedman.com)
Jane Forrette (jforrette@fagenfriedman.com)

**SO STIPULATED.**

DATED: October 28, 2009        Respectfully submitted,

THE EMPLOYMENT LAW GROUP, P.C.

By:    /s/
       David Scher
       Attorneys for Plaintiff TIM GALLI

DATED: October 28, 2009        Respectfully submitted,

FAGEN FRIEDMAN & FULFROST, LLP

By:    /s/
       Roy A. Combs
       Attorneys for Defendandts PITTSBURG
       UNIFIED SCHOOL DISTRICT, BARBARA
       WILSON AND PERCY MCGEE

The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
Ph: 202.331.2883 • Fax: 202.261.2835

[PROPOSED] ORDER

IT IS HEREBY ORDERED, pursuant to the above Stipulation of the parties, that the case schedule be amended as outlined above and that discovery in this matter will be served via electronic mail with a copy sent to the recipients listed in the above Stipulation. The initial case management shall be attended by counsel and is reset for January 29, 2010 at 1:30pm. The method of service for discovery is entirely within the parties' discretion.

DATED: October 28, 2009

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE

**The Employment Law Group, P.C.**
888 17th Street, NW, Suite 900
Washington, D.C. 20006
Ph: 202.331.2883 • Fax: 202.261.2835