Roy A. Combs, SBN 123507
rcombs@fagenfriedman.com
Joshua A. Stevens, SBN 228239
jstevens@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Defendants PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON AND PERCY MCGEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TIM GALLI,<br><br>             Plaintiff,<br><br>vs.<br><br>PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON AND PERCY MCGEE,<br><br>             Defendants. | CASE NO. 3:09-cv-03775-JSW<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO SUBMIT RULE 26(f) REPORT<br><br>Trial Date:          None Set |

SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:

1. On or about October 9, 2009, the parties stipulated and the Court approved that December 23, 2009, would be the last day to: (i) file a Rule 26(f) Report; (ii) complete initial disclosures or state objection in Rule 26(f) Report; and (iii) file a Case Management Statement.

2. On December 11, 2009, all parties, through their respective counsel of record, engaged in the Rule 26 conference telephonically to discuss those items required by Rule 26(f) including initial disclosures, early settlement, ADR process selection, and a discovery plan for the above-referenced matter.

i

3:09-cv-03775-JSW
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO SUBMIT RULE 26(f) REPORT

3. As part of the conference outcome, and subject to the Court's approval, the parties have agreed to continue the deadlines for the above-referenced filing of the Rule 26 report to January 8, 2010. The parties agreed that all other scheduled dates shall remain the same, including the Case Management Conference scheduled for January 29, 2010.

SO STIPULATED.

DATED: December 14, 2009

Respectfully submitted,

FAGEN FRIEDMAN & FULFROST, LLP

By: _____
Roy A. Combs
Attorneys for Defendants PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON AND PERCY MCGEE

DATED: December 14, 2009

Respectfully submitted,

THE EMPLOYMENT LAW GROUP, P.C.

By: _____
David Scher
Attorneys for Plaintiff TIM GALLI

[PROPOSED] ORDER

IT IS HEREBY ORDERED, pursuant to the above Stipulation of the parties, that the case schedule be amended as outlined above.

DATED: December 15, 2009

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE

00254.00140/171999.1

2                                                                3:09-cv-03775-JSW
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO SUBMIT RULE 26(f) REPORT