Roy A. Combs, SBN 123507
rcombs@fagenfriedman.com
Joshua A. Stevens, SBN 228239
jstevens@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Defendants PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON AND PERCY MCGEE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TIM GALLI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON AND PERCY MCGEE,<br><br>　　　　Defendants. | CASE NO. 3:09-cv-03775-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO GRANT DEFENDANTS THE RIGHT TO AMEND THEIR ANSWER**<br><br>Trial Date:　　None Set |

**SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:**

1.　On December 10, 2009, Defendants submitted their answer to Plaintiff's First Amended Complaint in the above-referenced matter.

2.　On December 11, 2009, all parties, through their respective counsel of record, engaged in the Rule 26 conference telephonically to discuss those items required by Rule 26(f) including initial disclosures, early settlement, ADR process selection, and a discovery plan for the above-referenced matter.

3.　On December 18, 2009, all parties, through their respective counsel of record, engaged in a follow-up teleconference to further discuss a discovery plan for the above-referenced

matter.

4. As part of the outcome of those two teleconferences, and subject to the Court's approval, Plaintiff has agreed to dismiss any and all state law claims remaining in the above-referenced matter with prejudice in this Court only solely for convenience of the parties and without any prejudice to filing of said claims in any other court. Plaintiff has informed Defendants of his intention to re-file all remaining state law claims in state court along with his other state law claims that this Court previously dismissed based on Eleventh Amendment immunity.

5. The parties have agreed that in light of Plaintiff's dismissal of all remaining state law claims, Defendants shall be afforded the right to amend their answer within ten (10) days following the Court's approval of this Stipulation.

**SO STIPULATED.**

DATED: December 29, 2009         Respectfully submitted,

FAGEN FRIEDMAN & FULFROST, LLP


By: /s/ Roy A. Combs
Roy A. Combs
Attorneys for Defendants PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON AND PERCY MCGEE

DATED: December 29, 2009         Respectfully submitted,

THE EMPLOYMENT LAW GROUP, P.C.


By: /s/ David Scher
David Scher
Attorneys for Plaintiff TIM GALLI

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, pursuant to the above Stipulation of the parties, that Plaintiff's remaining state law claims have been dismissed by Plaintiff with prejudice and that Defendants shall be afforded the right to amend their answer within ten (10) days following the issuance of this Order.

DATED: January 4, 2010

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE

00254.00140/172922.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

3
3:09-cv-03775-JSW
JOINT STIPULATION AND [PROPOSED] ORDER TO GRANT DEFENDANTS THE RIGHT TO AMEND THEIR ANSWER