DAVID SCHER, California Bar No. 184562
THE EMPLOYMENT LAW GROUP, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
dscher@employmentlawgroup.net
(202) 261-2802
(202) 261-2835 (facsimile)
*Counsel for Plaintiff Tim Galli*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TIM GALLI,<br><br>  Plaintiff,<br><br>vs.<br><br>PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON and PERCY MCGEE,<br><br>  Defendants. | CASE NO. 3:09-cv-03775-JSW<br><br>**JOINT STIPULATION ON CASE SCHEDULING AND ORDER THEREON** |

**SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:**

1. On October 9, 2009, the parties agreed to stipulate to various matters, including a Case Management Conference on January 8, 2009, telephonically, subject to the Court's approval.

2. On October 10, 2009, the Court Ordered that a Case Management Conference will be held, in person, on January 8, 2009.

3. Plaintiff was unavailable in person on January 8, 2009, the prior date set for the Case Management Conference. The parties agreed, and the Court approved the agreement, to hold the Initial Case Management Conference on January 29, 2010, in person.

4. On December 11, 2009, all parties, through their respective counsel of record,

engaged in the Rule 26 conference telephonically to discuss those items required by Rule 26(f) including initial disclosures, early settlement, ADR process selection, and a discovery plan for the above-referenced matter.

5. On December 18, 2009, all parties, through their respective counsel of record, engaged in a follow-up teleconference to further discuss a discovery plan for the above-referenced matter.

6. As part of the outcome of those two teleconferences and follow up correspondence between the parties' counsel, the parties agreed to submit the instant matter to alternate dispute resolution (specifically Early Neutral Evaluation ("ENE")) to attempt to resolve the matter, if possible, in advance of the Case Management Conference.

7. Counsel for Defendants determined, through contact with the Court's ENE program, that, with enough advanced notice, it may be possible to schedule ENE prior to the Case Management Conference.

8. To accommodate Plaintiff's scheduling conflict and to allow for ENE and potential early resolution if possible, the parties requested, and the Court granted their request, to extend the Case Management Conference from January 29, 2010 to Friday, March 26, 2010.

9. The parties are pursuing claims related to this action in both state and federal court. At present, the parties are briefing a motion on demurrer in Contra Costa County Superior Court.

10. The parties believe that having a ruling on the motion to demurrer, prior to ENE, will greatly increase the effectiveness of ENE.

11. Thus, the parties request to move the Case Management Conference to May 7, 2010 and ENE to on or before May 6, 2010. The parties also request to move the deadline for their respective Case Management Statements to April 30, 2010.

12. The parties have notified their ENE coordinator and requested to move ENE to May 6, 2010.

8. Discovery is ongoing, notwithstanding the delay in the Case Management Conference.

2
JOINT STIPULATION ON CASE SCHEDULING AND THE SERVICE OF PLEADINGS

**Case No. 3:09-cv-03775-JSW**

**SO STIPULATED.**

DATED: March 1, 2010                    Respectfully submitted,

                                        THE EMPLOYMENT LAW GROUP, P.C.


                                        By:    /s/
                                               David Scher
                                               Attorneys for Plaintiff TIM GALLI


DATED: March 1, 2010                    Respectfully submitted,

                                        FAGEN FRIEDMAN & FULFROST, LLP


                                        By:    /s/
                                               Roy A. Combs
                                               Attorneys for Defendants PITTSBURG UNIFIED
                                               SCHOOL DISTRICT, BARBARA WILSON
                                               AND PERCY MCGEE


[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED, pursuant to the above Stipulation of the parties, that the case schedule be amended as outlined above.

DATED:  March 1, 2010                   _/s/ Jeffrey S. White_

                                        Hon. Jeffrey S. White

                                        UNITED STATES DISTRICT JUDGE

**The Employment Law Group, P.C.**
888 17th Street, NW, Suite 900
Washington, D.C. 20006
Ph: 202.331.2883 • Fax: 202.261.2835