IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIM GALLI,

    Plaintiff,

v.

PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON and PERCY MCGEE,

    Defendants.

No. C 09-03775 JSW

**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, the joint letter dated April 9, 2010 and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: April 12, 2010

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

cc: Wings Hom