Roy A. Combs, SBN 123507
rcombs@fagenfriedman.com
Joshua A. Stevens, SBN 228239
jstevens@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Defendants PITTSBURG
UNIFIED SCHOOL DISTRICT, BARBARA
WILSON AND PERCY MCGEE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TIM GALLI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON AND PERCY MCGEE,<br><br>　　　　　Defendants. | CASE NO. 3:09-cv-03775-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING HEARING ON MOTION TO COMPEL PENDING MEDIATION**<br><br>Hearing Date:　June 23, 2010<br>Time:　　　　 9:30 a.m.<br>Courtroom:　　F<br><br>Trial Date:　　May 9, 2010 |

SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:

　　　1.　　Plaintiff filed a Motion to Compel regarding the production of documents on March 25, 2010;

　　　2.　　On April 9, 2010, the parties submitted a joint letter pursuant to Hon. Jeffrey White's standing order regarding discovery disputes;

　　　3.　　The hearing on Plaintiff's Motion to Compel is currently scheduled for June 23, 2010, at 9:30 a.m. before Magistrate Judge James Larson.

　　　4.　　Mediation of the matter is currently being scheduled with Robert D. Links, the Early Neutral Evaluator in this action, for the last week of July, 2010.

5. The parties stipulate to stay the hearing on Plaintiff's Motion to Compel pending the outcome of the mediation.

6. The parties further stipulate that if a settlement is reached during the mediation, the settlement agreement will address the final disposition of the documents at issue in the Motion to Compel.

**SO STIPULATED.**

DATED: June 11, 2010.            Respectfully submitted,

FAGEN FRIEDMAN & FULFROST, LLP

By: /s/ Joshua A. Stevens
Joshua A. Stevens
Attorneys for Defendants PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON AND PERCY MCGEE

DATED: June 11, 2010.            Respectfully submitted,

THE EMPLOYMENT LAW GROUP, P.C.

By: /s/ David Scher
David Scher
Attorneys for Plaintiff TIM GALLI

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, pursuant to the above Stipulation of the parties, that the hearing on Plaintiff's Motion to Compel, currently scheduled for June 23, 2010, at 9:30 a.m. before Magistrate Judge James Larson in Courtroom F, be stayed pending the outcome of the mediation of this matter.

///
///
///

IT IS HEREBY FURTHER ORDERED that if a settlement is reached during the mediation, the settlement agreement will address the final disposition of the documents at issue in the Motion to Compel

DATED: June 14, 2010

*[signature]*
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE

00254.00140/206137.1

JOINT STIPULATION AND [PROPOSED] ORDER STAYING
PLAINTIFF'S MOTION TO COMPEL PENDING MEDIATION