UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TIM GALLI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON AND PERCY MCGEE,<br><br>　　　　Defendants. | CASE NO. 3:09-cv-03775-JSW<br><br>**JOINT STIPULATION ON CASE SCHEDULING RE NON-EXPERT DISCOVERY AND ORDER THEREON**<br><br>Trial Date:　　　None Set |

The parties to the above-referenced matter hereby agree and stipulate to continue the cut-off dates for non-expert depositions and non-expert discovery to December 15, 2010.

**IT IS SO STIPULATED.**

DATED: July 27, 2010          Respectfully submitted,

　　　　　　　　　　　　　　　　FAGEN FRIEDMAN & FULFROST, LLP


　　　　　　　　　　　　　　　By:  /s/ Roy A. Combs
　　　　　　　　　　　　　　　　　Roy A. Combs
　　　　　　　　　　　　　　　　　Attorneys for Defendants PITTSBURG UNIFIED
　　　　　　　　　　　　　　　　　SCHOOL DISTRICT, BARBARA WILSON
　　　　　　　　　　　　　　　　　AND PERCY MCGEE

JOINT STIPULATION ON CASE SCHEDULING
RE NON-EXPERT DISCOVERY　　　　　　　　1　　　　　　　　3:09-cv-03775-JSW

1 | DATED: July 27, 2010                    Respectfully submitted,

2 |                                          THE EMPLOYMENT LAW GROUP, P.C.

3

4 |                                          By:  /s/ David Scher
                                                  David Scher
5 |                                               Attorneys for Plaintiff TIM GALLI
   00143.00294/215673.1
6

*IT IS SO ORDERED*
*Judge Jeffrey S. White*
United States District Court, Northern District of California

Dated: August 2, 2010

---

JOINT STIPULATION ON CASE SCHEDULING
RE NON-EXPERT DISCOVERY                        2                      3:09-cv-03775-JSW