

Dave Scher
Direct Dial 202.261.2802
dscher@employmentlawgroup.com

August 16, 2010

**VIA ECF**

The Honorable James Larson
United States Magistrate Judge
United States District for the
    Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    RE:   *Galli v. PUSD, et al.*, Case No. 3:09-cv-03775
           **Request for Hearing**

Your Honor:

    The parties write to request you schedule a hearing on their Joint Letter – Motion to Compel, Docket No. 41, filed pursuant to Judge White's standing order on Motions to Compel. As the parties have completed their settlement negotiations, but were unable to reach a mutually agreeable position, the parties are ready to move back into litigation and have their Motion to Compel heard.

    Both parties are available for a hearing on September 22, 2010.

                                   Very Truly Yours,

                                   The Employment Law Group, PC

                                   By:   /s/ Dave Scher_____
                                          Dave Scher, Esq.

                                   and

                                   Fagen, Friedman and Fulfrost, LLP

                                   By:__/s/ Kimberly Smith_____
                                          Kimberly Smith, Esq.