Roy A. Combs, SBN 123507
rcombs@fagenfriedman.com
Joshua A. Stevens, SBN 228239
jstevens@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Defendants PITTSBURG
UNIFIED SCHOOL DISTRICT, BARBARA
WILSON AND PERCY MCGEE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TIM GALLI,<br><br>    Plaintiff,<br><br>vs.<br><br>PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON AND PERCY MCGEE,<br><br>    Defendants. | CASE NO. 3:09-cv-03775-JSW<br><br>**JOINT STIPULATION AND RELATED MATTERS [PROPOSED] PROTECTIVE ORDER**<br><br>Trial Date:    May 9, 2011 |

**THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1. In lieu of a supplementary deposition compelled regarding Barbara Wilson's investments through the Gallo Group, Defendants' counsel has represented that, within thirty (30) days of this stipulation, Barbara Wilson will produce a declaration signed and sworn under oath ("Declaration") attesting to the following:

    A. Barbara Wilson did have investments, commencing on X date (to be completed by Dr. Wilson), through the Gallo Group.

    B. The April 30, 2009 Merrill Lynch statement is the last statement Defendant Barbara Wilson received from Merrill Lynch indicating Percy McGee had any involvement with the management of her and her husband's accounts, including the Gallo Group.

C. It is Dr. Wilson's understanding and belief, based on this information, that thereafter Mr. McGee had no involvement with and has received no income from any of Dr. Wilson's accounts or those of her husband.

DDr. Wilson was not aware of any business relationship Percy McGee had with Ralph Caputo or RGM, and only learned of that after April 22, 2010 through her legal counsel.

2. The parties agree and stipulate that the Declaration is admissible in any proceeding in this matter and shall be fully admissible for any purpose and shall be deemed authentic, best evidence, and non-hearsay for purposes of this action. Defendants agree that they shall not object to the admission or use of the Declaration for any purpose at trial.

3. If Defendants do not produce the Declaration timely, Defendants will proffer Dr. Wilson for deposition within thirty (30) days on the above topics. If Defendants fail to produce the Declaration and fail to produce Dr. Wilson for deposition, Plaintiff may move to compel the same and shall be entitled to fees and costs incurred for filing such motion.

4. Barbara Wilson will provide appropriate financial information based upon an outline of information to be provided by Plaintiff's counsel. This information is being provided solely for "Legal Counsel's Eye's Only" and shall not be shared with any other person, including Plaintiff, until ordered by the Court. To the extent there is a disagreement between the parties about the nature or scope of the financial information to be provided, the parties shall meet and confer in an attempt to resolve the disagreement, and if no resolution occurs through the meet and confer efforts, the parties agree to submit the disagreement to the Court for resolution via motion.

**SO STIPULATED.**

DATED: September 3, 2010

Respectfully submitted,

FAGEN FRIEDMAN & FULFROST, LLP

By: _____
Roy A. Combs
Attorneys for Defendants PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON AND PERCY MCGEE

1  DATED: September 3, 2010          Respectfully submitted,

2

3                                    THE EMPLOYMENT LAW GROUP, P.C.

4

5                                    By: _____
                                         David Scher
6                                        Attorneys for Plaintiff TIM GALLI

7

8                                    **[PROPOSED] ORDER**

9  THE COURT HEREBY ACCEPTS THIS STIPULATION IN ACCORDANCE WITH

10 ITS TERMS

11

12 DATED: September 7, 2010          _____
                                     Hon. Jeffrey S. White
13                                   UNITED STATES DISTRICT JUDGE

14 00254.00140/221945.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211