1 | Roy A. Combs, SBN 123507
rcombs@fagenfriedman.com
2 | Joshua A. Stevens, SBN 228239
jstevens@fagenfriedman.com
3 | FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
4 | Oakland, California 94607
Phone: 510-550-8200
5 | Fax: 510-550-8211

6 | Attorneys for Defendants PITTSBURG
UNIFIED SCHOOL DISTRICT, BARBARA
7 | WILSON AND PERCY MCGEE

8

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

11

12 | TIM GALLI,                                    CASE NO. 3:09-cv-03775-JSW

13 |             Plaintiff,
                                                 **JOINT STIPULATION AND [PROPOSED]**
14 |     vs.                                      **PROTECTIVE ORDER REGARDING**
                                                 **CERTAIN DEPOSITION TESTIMONY**
15 | PITTSBURG UNIFIED SCHOOL
DISTRICT, BARBARA WILSON AND                     Trial Date:            May 9, 2011
16 | PERCY MCGEE,

17 |             Defendants.

18

19 |     **THE PARTIES HEREBY STIPULATE AND REQUEST ENTRY OF THE**

20 | **FOLLOWING PROTECTIVE ORDER:**

21 |         1.      Plaintiff has noticed the deposition of Joe Arenivar, a member of the Board of

22 | Education of Defendant Pittsburg Unified School District.

23 |         2.      Plaintiff, through his counsel, intends to inquire into subject matters that may call

24 | for testimony about events occurring during closed session and subject to confidentiality under the

25 | Ralph M. Brown Act under California Government Code Section 54950 *et seq.*

26 |         3.      The Parties have meet and conferred regarding the scope of this examination and as

27 | a result of this meet and confer the parties agree that Plaintiff may examine Trustee Arenivar and

28 | Percy McGee on subjects discussed in closed session of the Pittsburg Unified School District that

*Sidebar (left margin):* Fagen Friedman & Fulfrost, LLP — 70 Washington Street, Suite 205, Oakland, California 94607 — Main: 510-550-8200 • Fax: 510-550-8211

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

1   are relevant to Tim Galli and this litigation and are not otherwise privileged, and that any such

2   examination and testimony, including but expressly not limited to any transcripts thereof, shall

3   remain confidential and subject to protective order, shall only be used in this action and any

4   appellate proceedings that might follow from this action, and shall not be disclosed to any third

5   person (except in a hearing or proceeding in this action) without written consent of the District or

6   Court order.

7        4.     Plaintiff has also noticed a second deposition of Defendants Percy McGee and

8   Barbara Wilson, set to occur on Friday, September 3, 2010.

9        5.     Plaintiff, through his counsel, intends to inquire into the subject matter(s) raised by

10   Mr. McGee's correction of his April 22, 2010 deposition testimony at page 64, lines 14 and 16.

11        6.     The parties have met and conferred over the dispute regarding the scope of

12   examination triggered by the above correction, including the scope of personal financial

13   information that Mr. McGee may disclose given his duties and obligations to maintain client

14   confidentiality under Federal Security & Exchange regulations applicable to Mr. McGee.

15        7.     The Parties have agreed, as a result of these meet and confer discussions, that Mr.

16   McGee may testify, to the extent of his knowledge, as to RGM and/or Ralph Caputo as to the

17   following:

18        a.  The existence, formation, and McGee's participation in the Gallo Group

19        b.The number of accounts within Merrill Lynch and/or The Gallo Group to his knowledge;

20        c.     The solicitation for business or other acquisition of business of RGM and/or

21   Caputo.

22        d.     The date such accounts were opened and/or closed within Merrill Lynch to his

23   knowledge;

24        e.     The date(s) he managed any of those accounts and the dates he ceased to managed

25   any of those accounts, and why the accounts ceased (if they did);

26        f.     McGee's earnings from the accounts and the nature of those earnings (flat rate,

27   commissions, origination fees, etc.).

28        g.     The impact on McGee's commissions from the loss of RGM and/or Caputo and/or

JOINT STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING CERTAIN
DEPOSITION TESTIMONY

1    Wilson's accounts, if any, either managed by McGee or elsewhere within Merrill Lynch

2        h.      The parties agree that the examination and testimony, including but expressly not

3    limited to any transcripts thereof, shall remain confidential and subject to protective order, shall

4    only be used in this action and any appellate proceedings that might follow from this action, and

5    shall not be disclosed to any third person (except in a hearing or proceeding in this action) without

6    written consent of the District or Court order

7        8.      By this stipulation, no party waives their right to assert or challenge any other

8    privilege, protection or objection in deposition.  Nor does any party waive any right to pursue or

9    seek enforcement of this stipulation or protective order upon entry by the Court.

10       9.      All parties acknowledge the Court has the authority to fully enforce this stipulation,

11   and protective order, including the authority to impose sanctions in the event of a breach by any

12   party.

13   **SO STIPULATED.**

14   DATED: September 3, 2010            Respectfully submitted,

15                                      FAGEN FRIEDMAN & FULFROST, LLP

16

17                                      By:

18                                      Roy A. Combs
                                        Attorneys for Defendants PITTSBURG UNIFIED
19                                      SCHOOL DISTRICT, BARBARA WILSON
                                        AND PERCY MCGEE
20

21   DATED: September 3, 2010            Respectfully submitted,

22                                      THE EMPLOYMENT LAW GROUP, P.C.

23

24                                      By: _____

25                                      David Scher
                                        Attorneys for Plaintiff TIM GALLI

26

27

28

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

JOINT STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING CERTAIN
DEPOSITION TESTIMONY

1

# [PROPOSED] ORDER

2     THE COURT HEREBY ACCEPTS THIS STIPULATION IN ACCORDANCE WITH

3 ITS TERMS

4

5 DATED: ___September 7, 2010___         _____

Hon. Jeffrey S. White

6                              UNITED STATES DISTRICT JUDGE

00254.00140/221443.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Fagen Friedman & Fulfrost, LLP

70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

**JOINT STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING CERTAIN
DEPOSITION TESTIMONY**