Peter K. Fagen
Howard A. Friedman
Howard J. Fulfrost
Melanie A. Petersen
Laurie E. Reynolds
James B. Fernow
Christopher D. Keeler
Jan E. Tomsky
Jonathan P. Read
Christopher J. Fernandes
Douglas N. Freifeld
Diane Marshall-Freeman
Roy A. Combs
Mark S. Williams
Lenore Silverman
Kimberly A. Smith
Brian D. Bock
Kathleen J. McKee
Rob V. Piacente
Deborah R. G. Cesario
Elizabeth B. Mori
Namita S. Brown
Ricardo R. Silva
Wesley B. Parsons
Gretchen M. Shipley
David A. Moreno

William F. Schuetz, Jr.
Anne M. Sherlock
Shawn Olson Brown
Kelly R. Minnehan
Angela Gordon
Cynthia M. Smith
Emily E. Sugrue
Jennifer R. Rowe
Joshua A. Stevens
Lyndsy B. Rutherford
Dean T. Adams
Tiffany M. Santos
L. Carlos Villegas
Kerrie E. Taylor
Maggy M. Athanasious
Susan B. Winkelman
Gregory Rodriguez
Anna J. Miller
Melissa L. Phung
Keith Yanov
Kelley A. Owens
Leslie A. Reed
Melanie D. Seymour

Diana McDonough
Lynn Murphy, Ed.D.
  Of Counsel



# Fagen Friedman & Fulfrost LLP

October 6, 2010

Joshua A. Stevens
Direct Dial: 510-550-8218
jstevens@fagenfriedman.com

<u>Via ECF</u>

The Honorable James Larson
United Stated Magistrate Judge
United States District Court for the
   Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Re:     <u>Tim Galli v. Pittsburg Unified School District, et al.</u>
         3:09-cv-03775-JSW

Dear Judge Larson:

As you know, a hearing was held this morning in the above-referenced matter on Plaintiff's motion to compel the production of the following two documents that Defendants contend are protected from disclosure under the attorney-client privilege: (1) a legal opinion written by myself and my former colleague, Laurie Juengert to the Pittsburg Unified School District's ("District") Board of Trustees, dated May 13, 2009; and (2) a memo written by my current colleague and co-counsel in this matter, Roy Combs to Tim Galli in his then official capacity as the District's Director of New Construction, Facilities, Maintenance and Technology, dated November 26, 2008.

At the hearing, Plaintiff's counsel, Mark Venardi represented to the Court that Board Trustee Joe Arenivar disclosed the May 13, 2009 legal opinion at issue to the Contra Costa County District Attorneys Office. Please note that this purported fact was not raised by Plaintiff in the parties' April 9, 2010 joint letter to Judge White. In light of this new purported fact represented to the Court by Mr. Venardi, Defendants request that the parties be permitted to submit short letter briefs (no more than 2 pages in length) addressing this new issue.

The Honorable James Larson
October 6, 2010
Page 2

Thank you for your consideration of this request.

Sincerely,

FAGEN FRIEDMAN & FULFROST, LLP

Joshua A. Stevens

JAS:jcf

cc:   Mark L. Venardi, Esq.

00254.00140/227738.1