Roy A. Combs, SBN 123507
rcombs@fagenfriedman.com
Joshua A. Stevens, SBN 228239
jstevens@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Defendants PITTSBURG
UNIFIED SCHOOL DISTRICT, BARBARA
WILSON AND PERCY MCGEE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TIM GALLI,<br><br>            Plaintiff,<br><br>    vs.<br><br>PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON and PERCY MCGEE,<br><br>            Defendants. | CASE NO. 3:09-cv-03775-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE AND OTHER CASE DEADLINES AS MODIFIED**<br><br>Hearing Date:    December 14, 2010<br>Time:            2:00 p.m.<br>Courtroom:       G<br>Trial Date:      July 5, 2011 |

        SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:

        1.    On or about October 15, 2010, all parties, through their respective counsel of record, appeared before Judge Jeffrey White at a Case Management Conference at which the parties were ordered to participate in a Settlement Conference with a randomly assigned Magistrate Judge by January 13, 2011.

        2.    On or about October 25, 2010, Magistrate Judge Bernard Zimmerman notified the parties that a Settlement Conference had been scheduled for December 14, 2010, at 2:00 p.m. in Courtroom G of the above-referenced Court.

        3.    As a result of the November 2, 2010 election, the Pittsburg Unified School

1  District's ("District") five-member Governing Board will have two new Board members taking
2  office and two current Board members leaving office on December 14, 2010. As such, the parties
3  agree that it would be premature to hold the Settlement Conference on December 14, 2010, since
4  the make-up of the District's Governing Board, who must approve any tentative agreement
5  reached at the Settlement Conference, will change on that very same day and will not have been
6  fully briefed on this litigation by District counsel.

7       5. As counsel for Defendants has confirmed with Judge Zimmerman's clerk that Judge Zimmerman is unavailable during the entire month of January 2011 to conduct a Settlement Conference, the parties hereby stipulate to continue the Settlement Conference to February 2011; the specific date upon which shall be selected by Judge Zimmerman.

     6. The parties further stipulate to continue additional case deadlines and dates as follows:

     a. ~~Further Case Management Conference – March 4, 2011~~
     b. ~~Joint Supplemental Case Management Statement due – February 25, 2011~~
     c. Dispositive Motion Filing Deadline – March 18, 2011
     d. Hearing on Dispositive Motions – April 22, 2011 at 9:00 a.m.

     7. ~~The parties agree that all other scheduled dates shall remain the same.~~ Pretrial conference shall be July 5, 2011 at 2:00 p.m.; trial to commence on July 25, 2011 at 8:00 a.m.

**SO STIPULATED.**

DATED: November 19, 2010.     Respectfully submitted,

FAGEN FRIEDMAN & FULFROST, LLP


By: /s/ Joshua A. Stevens
Joshua A. Stevens
Attorneys for Defendants PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON and PERCY MCGEE

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

2    3:09-cv-03775-JSW
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING
SETTLEMENT CONFERENCE AND OTHER CASE DEADLINES

DATED: November 19, 2010.   Respectfully submitted,

THE VENARDI LAW FIRM

By: /s/ Mark L. Venardi
Mark L. Venardi
Attorneys for Plaintiff TIM GALLI

### [PROPOSED] ORDER

IT IS HEREBY ORDERED, pursuant to the above Stipulation of the parties, that the Settlement Conference, currently scheduled for Decemer 14, 2010, at 2:00 p.m. in Courtroom G, be continued to February 2011; the specific date upon which shall be selected by Magistrate Judge Bernard Zimmerman.

IT IS HEREBY FURTHER ORDERED, pursuant to the above Stipulation of the parties, that the case schedule be amended as outlned above. and as modified.

DATED: November 24, 2010

Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE

00254.00140/236135.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211