Roy A. Combs, SBN 123507
rcombs@fagenfriedman.com
Joshua A. Stevens, SBN 228239
jstevens@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Defendants PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON AND PERCY MCGEE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TIM GALLI,<br><br>Plaintiff,<br><br>vs.<br><br>PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON AND PERCY MCGEE,<br><br>Defendants. | CASE NO. 3:09-cv-03775-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEPOSITION DEADLINE**<br><br>Trial Date: July 25, 2011 |

SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:

1. Based on the unavailability of witnesses, the parties stipulate to continue the deadline to complete all depositions, both expert depositions and non-expert depositions, to February 15, 2011.

2. The parties agree that all other scheduled dates shall remain the same, including,

/ / /

/ / /

/ / /

1  but not limited to, the deadline to complete all written discovery.

2  **SO STIPULATED.**

3  DATED: January 3, 2011　　　　　　　Respectfully submitted,

4  　　　　　　　　　　　　　　　　　　FAGEN FRIEDMAN & FULFROST, LLP

6  　　　　　　　　　　　　　　　　　By: /s/ Joshua A. Stevens
7  　　　　　　　　　　　　　　　　　Joshua A. Stevens
   　　　　　　　　　　　　　　　　　Attorneys for Defendants PITTSBURG UNIFIED
8  　　　　　　　　　　　　　　　　　SCHOOL DISTRICT, BARBARA WILSON
   　　　　　　　　　　　　　　　　　AND PERCY MCGEE

10 DATED: January 3, 2010.　　　　　　Respectfully submitted,

11 　　　　　　　　　　　　　　　　　　THE VENARDI LAW FIRM

13 　　　　　　　　　　　　　　　　　By: /s/ Mark L. Venardi
14 　　　　　　　　　　　　　　　　　Mark L. Venardi
   　　　　　　　　　　　　　　　　　Attorneys for Plaintiff TIM GALLI

16 　　　　　　　　　　　　[PROPOSED] ORDER

17 　　IT IS HEREBY ORDERED, pursuant to the above Stipulation of the parties, that the
18 deadline to complete all depositions, both expert depositions and non-expert depositions, be
19 continued to Febraury 15, 2011.

21 DATED: January 4, 2011　　　　　　　　_____
   　　　　　　　　　　　　　　　　　　Hon. Jeffrey S. White
22 　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

23 00254.00140/243945.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211