Roy A. Combs, SBN 123507
rcombs@fagenfriedman.com
Joshua A. Stevens, SBN 228239
jstevens@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Defendants PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON AND PERCY MCGEE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TIM GALLI,<br><br>          Plaintiff,<br><br>vs.<br><br>PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON AND PERCY MCGEE,<br><br>          Defendant. | CASE NO. 3:09-cv-03775-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEPOSITION AND DISPOSITIVE MOTION DEADLINES**<br><br>Trial Date:          July 25, 2011 |

**SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:**

WHEREAS, the parties reached a tentative settlement agreement, pending approval of the Pittsburg Unified School District's ("District") Board of Trustees ("Board"), at the settlement conference before United States Magistrate Judge Bernard Zimmerman on Thursday, February 10, 2011 ; and

WHEREAS, the District's Board will consider the settlement agreement at its regularly scheduled meeting on March 9, 2011; and

WHEREAS, the parties do not wish to incur further attorneys fees and costs associated with this matter, including but not limited to completing current discovery and drafting dispositive

1  motions, prior to the Board's consideration of the settlement agreement on March 9, 2011.

2  NOW THEREFORE, THE PARTIES HEREBY STIPULATE to continue the deadline to

3  complete all currently noticed depositions to March 16, 2011; and

4  THE PARTIES FURTHER STIPULATE to continue the deadline to file dispositive

5  motions to April 1, 2011; and

6  THE PARTIES FURTHER STIPULATE to continue the hearing on all dispositive

7  motions to ~~May 6, 2011~~ May 13, 2011; and

8  THE PARTIES FURTHER STIPULATE that all other scheduled dates shall remain the

9  same.

10  **SO STIPULATED.**

11  DATED: February 15, 2011      Respectfully submitted,

12                                FAGEN FRIEDMAN & FULFROST, LLP

14  By:  /s/ Roy A. Combs
         ———————————————
         Roy A. Combs
15       Attorneys for Defendants PITTSBURG UNIFIED
         SCHOOL DISTRICT, BARBARA WILSON
16       AND PERCY MCGEE

18  DATED: February 15, 2011      Respectfully submitted,

19                                THE VENARDI LAW FIRM

21  By:  /s/ Mark L. Venardi
         ———————————————
         Mark L. Venardi
22       Attorneys for Plaintiff TIM GALLI

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, pursuant to the above Stipulation of the parties, that the deadline to complete all depositions, both expert depositions and non-expert depositions, be continued to March 16, 2011.

IT IS FURTHER ORDERED, pursuant to the above Stipulation of the parties, that the deadline to file dispositive motions be continued to April 1, 2011; and

IT IS FURTHER ORDERED, pursuant to the above Stipulation of the parties, that the hearing on all dispositive motions be continued to ~~May 6, 2011~~ May 13, 2011 at 9:00 a.m.

DATED: February 15, 2011

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE

00254.00140/251216.1