Roy A. Combs, SBN 123507
rcombs@fagenfriedman.com
Joshua A. Stevens, SBN 228239
jstevens@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Defendants PITTSBURG
UNIFIED SCHOOL DISTRICT, BARBARA
WILSON AND PERCY MCGEE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TIM GALLI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON AND PERCY MCGEE,<br><br>　　　　　Defendant. | CASE NO. 3:09-cv-03775-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEPOSITION AND DISPOSITIVE MOTION DEADLINES**<br><br>Trial Date:　　　July 25, 2011 |

**SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:**

WHEREAS, this matter did not settle subsequent to the parties reaching a tentative settlement agreement; and

WHEREAS, based on the unavailability of witnesses, the parties will now need additional time to reschedule and complete all currently noticed depositions and file dispositive motions.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE to continue the deadline to complete all currently noticed depositions to March 30, 2011; and

THE PARTIES FURTHER STIPULATE to continue the deadline to file dispositive motions to April 15, 2011; and

THE PARTIES FURTHER STIPULATE to continue the hearing on all dispositive motions to May 20, 2011; and

THE PARTIES FURTHER STIPULATE that all other scheduled dates shall remain the same.

**SO STIPULATED.**

DATED: March 10, 2011                    Respectfully submitted,

FAGEN FRIEDMAN & FULFROST, LLP


By:  /s/ Joshua A. Stevens
     Joshua A. Stevens
     Attorneys for Defendants PITTSBURG UNIFIED
     SCHOOL DISTRICT, BARBARA WILSON
     AND PERCY MCGEE

DATED: March 10, 2011                    Respectfully submitted,

THE VENARDI LAW FIRM


By:  /s/ Mark L. Venardi
     Mark L. Venardi
     Attorneys for Plaintiff TIM GALLI

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, pursuant to the above Stipulation of the parties, that the deadline to complete all depositions, both expert depositions and non-expert depositions, be continued to March 30, 2011.

IT IS FURTHER ORDERED, pursuant to the above Stipulation of the parties, that the deadline to file dispositive motions be continued to April 15, 2011; and

IT IS FURTHER ORDERED, pursuant to the above Stipulation of the parties, that the hearing on all dispositive motions be continued to May 20, 2011.

DATED: March 14, 2011

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE

00254.00140/256806.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

3

3:09-cv-03775-JSW
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEPOSITION AND DISPOSITIVE MOTION DEADLINES