Mark L. Venardi (SBN 173140)
THE VENARDI LAW FIRM
2033 North Main Street, Suite 750
Two Ygnacio Center
Walnut Creek, California 94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Plaintiff
TIM GALLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TIM GALLI,<br><br>   Plaintiff,<br><br>vs.<br><br>PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON AND PERCY MCGEE,<br><br>   Defendants. | CASE NO: 3:09-cv-03775-JSW<br><br>**DECLARATION OF MARK L. VENARDI IN SUPPORT OF OPPOSITON TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: May 20, 2011<br>Time: 9:00 a.m. |

I, Mark L. Venardi, declare:

1.   I am an attorney licensed to practice law in the State of California, and am a partner of the VENARDI LAW FIRM, attorneys of record for Plaintiff in this now pending action. The matters stated in this declaration are true to my own personal knowledge, and if called upon to testify, I could and would testify competently thereto.

2.   Attached hereto as Exhibit A is a true and correct copy of the Deposition of Barbara Wilson (April 22, 2010) at 18:6-9, 14-22; 23:3-4; 23:20-22; 24:1; 25:21-22; 26:1-15, 20-22; 27:1-2; 41:22; 42:1-23; 43:11-24; 44:3-6; 46:2-7, 11-17; 55:19-20; 56:3-4, 9-16; 93:3-8; 101:4-22; 102:1-7.

3.   Attached hereto as Exhibit B is a true and correct copy of the Deposition of Tim

5. Attached hereto as Exhibit D is a true and correct copy of the Deposition of Mark Bonnett Deposition (December 8, 2010) at 21:1-2, 11-14; 23:2-4, 23:21-22; 29:1-4; 32:14-21; 33:6-9; 35:3-5; 36:13-16; 38:17-21; 42:11-15; 41:11-12; 57:7-14, 19-21; 67:17-19; 68:3-13, 18-22; 69:21-25; 70:1-3; 71:10-22; 72:18-25; 73:1, 13-22; 74:16-19; 75:16-23; 85:18-24; 86:2-9; 96:2-4; 97:7-11.

6. Attached hereto as Exhibit E is a true and correct copy of Defendants' Responses to Plaintiff's Request to Admit

7. Attached hereto as Exhibit F is a true and correct copy of the "California Education Code" research memorandum drafted by Tim Galli.

8. Attached hereto as Exhibit G is a true and correct copy of PUSD's March 3 correspondence to Tim Galli.

9. Attached hereto as Exhibit H is a true and correct copy of Plaintiff's Responses to Defendant's First Set of Requests for Admission.

10. Attached hereto as Exhibit I is a true and correct copy of the Deposition of Vincent Ferrante (March 22, 2011.) at 22:17-24; 24:6-17.

11. Attached hereto as Exhibit J is a true and correct copy of PUSD's May 14, 2009 correspondence to Tim Galli.

12. Attached hereto as Exhibit K is a true and correct copy of Accusation and Statement of Charges.

13. Attached hereto as Exhibit L is a true and correct copy of Supplemental Accusation and Statement of Charges.

14. Attached hereto as Exhibit M is a true and correct copy of Tim Galli to Mark Bonnett e-mail, dated January 6, 2009.

I declare under penalty of perjury under the laws of the State of California that the

1  foregoing is true and correct, this 29th day of April, 2011.

*Mark L. Venardi*

Mark L. Venardi

DECLARATION OF MARK L. VENARDI IN SUPPORT OF OPPOSITON FOR DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT                                CASE NO: 3:09-cv-03775-JSW