# EXBIBIT G



# Pittsburg Unified School District

Personnel Services • Jim Schiffman • Assistant Superintendent
2000 Railroad Ave • Suite E • Pittsburg • California • 94565

Phone (925) 473-2336    www.pittsburg.k12.ca.us    Fax (925) 473-4275

---

March 3, 2009

By Personal Delivery & U.S. Mail

Tim Galli
41 Palm Beach Way
Antioch, Ca 94509

Re: Paid Administrative Leave

Dear Mr. Galli:

The purpose of this letter is to inform you that the Pittsburg Unified School District ("District") is hereby placing you on paid administrative leave, effective immediately, pending the outcome of the District's investigation into allegations of your misconduct.

Please be advised that the District's decision to place you on administrative leave is not disciplinary in nature. Rather, the District believes it is in the best interests of all parties involved for you to be placed on paid administrative leave while the District conducts its investigation. As such, you are hereby directed to remain off District property and further directed to not speak with or contact any District Board Member or employee until notified otherwise. While on administrative leave, please be advised that you will continue to receive your full salary and benefits.

As part of the District's investigation, you will be given the opportunity to respond to the allegations being leveled against you. As such, I will contact you in the coming days to arrange a time for us to meet.

We would ask that you return any District property in your possession including keys to Mark Bonnett Assistant Superintendent immediately. If you need any personal effects from your work site, please let me know and we will arrange a time for you to retrieve those.

Finally, please be advised that the District prohibits retaliation against employees or students for their participation in District investigations and expects and requires that the contents of this investigation remain confidential. As such, if the District becomes aware that you have taken any type of retaliatory action against another employee or student for his or her participation in this investigation, or have inappropriately disclosed any of the contents of this investigation to another individual, such conduct will be cause for immediate disciplinary action, up to and including your dismissal.

Thank you for your attention to this matter. If after reading this letter, you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

*Jim H. Schiffman*

Jim Schiffman
Assistant Superintendent, Personnel

cc: Dr. Wilson, Superintendent

00254.00004/121728.1