Mark L. Venardi (SBN 173140)
THE VENARDI LAW FIRM
2033 North Main Street, Suite 750
Two Ygnacio Center
Walnut Creek, California  94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Plaintiff
TIM GALLI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| TIM GALLI,<br><br>                    Plaintiff,<br><br>         vs.<br><br>PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON AND PERCY MCGEE,<br><br>                    Defendants. | CASE NO: 3:09-cv-03775-JSW<br><br>**PLAINTIFF'S MOTION FOR ADMINSTRATIVE RELIEF TO FILE AMENDED DECLARATION OF TIM GALLI IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT AND ERRATA FOR BRIEFS FILED IN RELIANCE** |

Plaintiff, Tim Galli, respectfully moves this court for administrative relief under Local Rule 7-11 with regard to filing an Amended Declaration of Tim Galli in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment and errata for briefs filed in reliance on Tim's Galli's Declarations in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

**I.      Background and Argument**

1.      On April 20, 2011, Plaintiff filed the Declaration of Tim Galli in Support of Opposition to Defendants' Motion for Summary Judgment ("Galli Declaration"). (Galli Declaration attached as Exhibit 1.)

2.      On May 6, 2011, Plaintiff became aware that the Galli Declaration contained an inaccurate averment, that "[Galli] was first informed of the charges against [him] when [he] received the 'Accusation and Statement of Charges' date June 15, 2009." (Galli Declaration, ¶ 14.)

3. In order to correct the inaccuracy contained in the Galli Declaration, Plaintiff seeks leave of the Court to file an Amended Declaration of Tim Galli in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment ("Amended Galli Declaration"). (A copy of the proposed Amended Galli Declaration is attached as Exhibit B.)

4. Plaintiff's Opposition to Defendants' Motion for Summary Judgment ("Plaintiff's Opposition") and Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment (Plaintiff's Reply") relied, in part, upon the inaccuracy contained in the Galli Declaration.

5. Plaintiff seeks leave of the court to file errata for Plaintiff's Opposition and Plaintiff's Reply. (Proposed errata for Plaintiff's Opposition and Plaintiff's Reply are attached as Exhibits 3 and 4, respectively.

6. The proposed errata for Plaintiff's Opposition and Plaintiff's Reply do not change the substance and legal conclusions contained in Plaintiff's briefs, they merely change the reference to and reliance upon the Galli Declaration.

## II.   Conclusion

For the foregoing reasons, Plaintiff respectfully requests that this court grant administrative relief pursuant to Local Rule 7-11 as follows:

(a) grant Plaintiff leave to file the Amended Declaration of Tim Galli in Support of Opposition to Defendants' Motion for Summary Judgment;

(b) grant Plaintiff leave to file errata for Plaintiff's Opposition to Defendants' Motion for Summary Judgment; and

(c) grant Plaintiff leave to file errata for Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment.

Dated: May 12, 2011                              THE VENARDI LAW FIRM

　　__/s/ Mark Venardi_____
　　Mark L. Venardi
　　Attorneys for Plaintiff Tim Galli

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the forgoing was served via ECF, this 12th day of May, 2011, upon:

Roy A. Combs, Esq.
Joshua A. Stevens, Esq.
Fagen Friedman & Fulfrost, LLP
70 Washington Street
Suite 205
Oakland, CA 94607

                                        THE VENARDI LAW FIRM

                                        _/s/ Mark Venardi_____
                                        Mark L. Venardi

Attorneys for Plaintiff TIM GALLI

Mark L. Venardi (SBN 173140)

---

3

**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF**                                         **CASE NO. 3:09-CV-03775-JSW**

THE VENARDI LAW FIRM
2033 North Main Street, Suite 750
Two Ygnacio Center
Walnut Creek, California 94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Plaintiff
TIM GALLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TIM GALLI,<br><br>        Plaintiff,<br><br>    vs.<br><br>PITTSBURG UNIFIED SCHOOL DISTRICT, BARBARA WILSON AND PERCY MCGEE,<br><br>        Defendants. | CASE NO: 3:09-cv-03775-JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PROPOSED ADMINISTRATIVE RELIEF** |

The Court having considered the Plaintiff, Tim Galli's, motion for administrative relief with regard to the filing of an Amended Declaration of Tim Galli in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment and errata for briefs filed in reliance on Tim's Galli's Declarations, and all papers filed by the parties in connection therewith, and the Court further having considered the arguments of counsel for and against the motion, hereby orders that:

(a) Plaintiff is granted leave, *instatner*, to file the Amended Declaration of Tim Galli in Support of Opposition to Defendants' Motion for Summary Judgment;

(b) Plaintiff is granted leave, *instatner*, to file errata for Plaintiff's Opposition to Defendants' Motion for Summary Judgment; and

(c) Plaintiff is granted leave, *instatner*, to file errata for Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment.

DATED: _____          _____

                                      Hon. Jeffrey S. White
                                      UNITED STATES DISTRICT JUDGE