

MAY 2 0 2011

1  BRIAN A. NOBLE (SBN 216216)
   **LAW OFFICE OF BRIAN A. NOBLE**
2  420 Aviation Boulevard, Suite 205
   Santa Rosa, California 95403
3  Telephone: (707) 237-0064
   Facsimile: (707) 544-5306
4  bnoble@law-noble.com

5  Attorney for
   RGM & ASSOCIATES AND
6  RALPH CAPUTO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM GALLI, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PITTSBURG UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 3:09-cv-03775<br>Hon. Jeffery S. White, Dept. 11<br><br>**[PROPOSED] ORDER ON MOTION OF RGM & ASSOCIATES AND RALPH CAPUTO TO QUASH THE DEPOSITION SUBPOENA FOR TESTIMONY AND PRODUCTION OF BUSINESS RECORDS**<br><br>Date:　　　July 1, 2011<br>Time:　　　9:00 a.m.<br>Courtroom:　Hon. Jeffery S. White, Rm. 11 |

**ORDER**

Having read and considered the MOTION OF RGM & ASSOCIATES AND RALPH CAPUTO TO QUASH THE DEPOSITION SUBPOENA FOR TESTIMONY AND PRODUCTION OF BUSINESS RECORDS, the Court hereby orders as follows:

1. The subpoena for the production of the business records of RGM & Associates and Ralph Caputo, sent to Merrill Lynch, is hereby quashed.

IT IS SO ORDERED.

DATED:_____, 2011   _____
                          JUDGE OF THE DISTRICT COURT

[PROPOSED] ORDER ON MOTION OF RGM & ASSOCIATES AND RALPH CAPUTO TO QUASH THE DEPOSITION SUBPOENA FOR TESTIMONY AND PRODUCTION OF BUSINESS RECORDS

**Case Name:**  *Galli v. PUSD*

**Case No.**  3:09-cv-03775 (N.D. Cal.)

## PROOF OF SERVICE

I, Brian A. Noble, declare,

I am a citizen of the United State of America and employed in the County of Sonoma, State of California where this mailing occurred. I am over the age of eighteen (18) and not a party to the within action. My address is Law Office of Brian A. Noble, 420 Aviation Boulevard, Suite 205, Santa Rosa, California 95403.

On May 20, 2011, I served the foregoing document(s) described as:

**(1) NOTICE OF MOTION AND MOTION OF RGM & ASSOCIATES AND RALPH CAPUTO TO QUASH THE DEPOSITION SUBPOENA FOR TESTIMONY AND PRODUCTION OF BUSINESS RECORDS; (2) SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES; (3) SUPPORTING DECLARATION OF BRIAN A. NOBLE; (4) SUPPORTING DECLARATION OF RALPH J. CAPUTO; and (5) [PROPOSED] ORDER.**

on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached Service List**

[XX] **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Rosa, California, in the ordinary course of business.

I declare under penalty of perjury under the laws of the United State of American and the State of California that the foregoing is true and correct.

Executed on May 20, 2011 at Santa Rosa, California.

_____
Brian A. Noble

i

## Service List

1. Mark Venardi
   The Venardi Law Firm
   2033 N. Main Street, Suite 750
   Walnut Creek, CA 94596

2. Roy Albert Combs
   Fagen Friedman & Fulfrost LLP
   70 Washington Street, Suite 205
   Oakland, CA 94607

3. Eric Glassman
   Mennemeier, Glassman & Stroud, LLP
   980 9th St., Suite 1700
   Sacramento, CA 95814

Proof of Service